IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARVIN T. STARKS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government shall file its reply to the defendant's motion to reduce sentence (filing 56) by close of business June 26, 2008.

June 5, 2008.                         BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge