AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
**MARVIN T. STARKS**

Case No:  **4:04CR3003**
USM No:  **18293-047**

Date of Original Judgment:  **01/10/2005**
Date of Previous Amended Judgment:  **01/10/2005**
*(Use Date of Last Amended Judgment if Any)*

**David R. Stickman**
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **151** months **is reduced to** **110 months** .

*(Complete Parts I and II of Page 2 when motion is granted)*

**This order pertains only to Count I.**
**Except as provided herein, all provisions of the judgment dated January 10, 2005 (filing no. 47)**
**shall remain in effect.**
**The joint stipulation (filing no. 80) is granted.**

Except as otherwise provided, all provisions of the judgment dated **01/10/2005** shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  **11/16/2012**             **s/ Richard G. Kopf, Senior U.S. District Judge**
                                            *Judge's signature*

Effective Date:  **11/16/2012**          **Richard G. Kopf, Senior U.S. District Judge**
*(if different from order date)*            *Printed name and title*